CAROLEE G. KILDUFF, S.B. #107232
   Email: ckilduff@akk-law.com
GÖKALP Y. GÜRER, ESQ., SBN 311919
   Email: ggurer@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA 95825
Telephone: (916) 564-6100
Telecopier: (916) 564-6263

Attorneys for Defendant TOWN OF FORT JONES

Thomas Dimitre, SBN 276924
Thomas Dimitre Attorney at Law LLC
PO Box 801
Ashland, OR 97520
Tel: 541 890 5022
Fax: 541 488 4601
Email: dimitre@mind.net

Attorney for Plaintiff LINDA ROMAINE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA ROMAINE, | Case No.: 2:-19-cv-01171-MCE-DMC |
| Plaintiff, | **STIPULATION TO EXTEND TIME FOR VDRP SESSION AND ORDER** |
| vs. | |
| TOWN OF FORT JONES, | |
| Defendant. | |
| AND COUNTERCLAIM | |

It is hereby stipulated by and between the parties hereto as follows:

Recently the joint powers authority providing a defense to the Defendant Town of Fort Jones advised that there is no coverage for employment practices as alleged in Plaintiff's

Complaint on file herein. According to defense counsel, the Town Council is considering its options and plan for defense as well as prosecution of the counterclaim against Plaintiff; is trying to secure other coverage; and would like to participate in a VDRP session with the attorney assigned, Daniel McVeigh of Downey Brand. Defense counsel is currently unaware as to whether the Town will continue to retain her firm or seek other representation.

At a conference call with the VDRP neutral, Dan McVeigh, on December 2, 2019, it was agreed the parties would stipulate to request the Court extend the deadline for the VDRP session for 90 days from January 20, 2020 to April 20, 2020, in anticipation of the Town being able to participate in productive discussions about possible resolution by or before that time. Neither Mr. McVeigh, nor Sujean Park Castelhano, ADR Program Director, have any objection to the extension of time.

There are no other pending deadlines in the case.

Accordingly, the parties hereto, through their respective attorneys, request the Court extend the deadline for holding a VDRP session to April 20, 2020.

Dated: January 2, 2020    ANGELO, KILDAY & KILDUFF, LLP

*/s/ Carolee G. Kilduff*
By:_____
CAROLEE G. KILDUFF
GÖKALP Y. GÜRER
Attorneys for Defendant TOWN OF FORT JONES

Dated: January 2, 2020    THOMAS DIMITRE ATTORNEY AT LAW

*/s/ Thomas Dimitre [authorized 12/3/19]*
By:_____
THOMAS DIMITRE
Attorney for Plaintiff LINDA ROMAINE

**ORDER**

Having considered the stipulation of the parties, the Court hereby extends the deadline for holding a VDRP session in this case to April 20, 2020.

IT IS SO ORDERED.

DATED: January 2, 2020

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE