CAROLEE G. KILDUFF, S.B. #107232
   Email: ckilduff@akk-law.com
GÖKALP Y. GÜRER, ESQ., SBN 311919
   Email: ggurer@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100
Telecopier:  (916) 564-6263

Attorneys for Defendant TOWN OF FORT JONES

Thomas Dimitre, SBN 276924
Thomas Dimitre Attorney at Law LLC
PO Box 801
Ashland, OR 97520
Tel: 541 890 5022
Fax: 541 488 4601
Email: dimitre@mind.net

Attorney for Plaintiff LINDA ROMAINE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA ROMAINE, | Case No.: 2:-19-cv-01171-MCE-DMC |
| Plaintiff, | **STIPULATION TO EXTEND TIME FOR VDRP SESSION AND ORDER** |
| vs. | |
| TOWN OF FORT JONES, | |
| Defendant. | |
| AND COUNTERCLAIM | |

It is hereby stipulated by and between the parties hereto as follows:

On March 17, 2020, the agreed-upon mediator, Daniel McVeigh, informed the parties that the mediation currently scheduled for March 30, 2020 has been postponed due to concerns

pertaining to COVID-19.   Mr. McVeigh informed us he would contact the parties in April to re-schedule, and the parties re-affirm their desire to complete mediation with Mr. McVeigh.

Accordingly, the parties hereto, through their respective attorneys, request the Court extend the deadline for holding a VDRP session from April 20, 2020 to July 20, 2020.

Dated:  March 19, 2020                                ANGELO, KILDAY & KILDUFF, LLP

                                                                                            */s/ Gokalp Y. Gurer*
                                                                                  By:_____
                                                                                     CAROLEE G. KILDUFF
                                                                                     GÖKALP Y. GÜRER
                                                                                     Attorneys for Defendant TOWN OF FORT JONES

Dated:  March 19, 2020                                THOMAS DIMITRE ATTORNEY AT LAW

                                                                  */s/ Thomas Dimitre [authorized 3/17/2020]*

                                                                                  By:_____
                                                                                     THOMAS DIMITRE
                                                                                     Attorney for Plaintiff LINDA ROMAINE

**ORDER**

Having considered the stipulation of the parties, the Court hereby extends the deadline for holding a VDRP session in this case to July 20, 2020.

IT IS SO ORDERED.

Dated:  March 19, 2020

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE