Thomas Dimitre, Attorney at Law
CSB 276924
dimitre@mind.net
PO Box 801
Ashland, OR 97520
Telephone: 541-890-5022
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| LINDA ROMAINE, an individual,<br><br>Plaintiff<br><br>vs.<br><br>TOWN OF FORT JONES<br><br><br>Defendant | **Case No. 2:19-cv-01171-MCE-DMC**<br><br>**STIPULATION TO PLACE MOTION FOR LEAVE TO FILE FIRST AMENDED COMPAINT IN ABEYANCE, PENDING THE CONCLUSION OF VDRP, AND TO SET A NEW HEARING DATE** |

WHEREAS, on May 19, 2020, Plaintiff filed a Motion for Leave to file a First Amended Complaint, proposing to add new claims and a new Defendant – Prentice, Long and Epperson, Attorneys at Law;

WHEREAS the case has been in Voluntary Dispute Resolution Process (VDRP) for some time, with VDRP extending until July 20, 2020.

It is hereby stipulated by and between the parties, as follows:

1. The Motion for Leave to File a First Amended Complaint is put into temporary abeyance pending the completion of VDRP, or expiration of the VDRP process.

1

2.  The hearing date for the Motion for Leave to File a First Amended Complaint is reset to August 20, 2020.

Dated:  June 2, 2020                    ANGELO, KILDAY & KILDUFF, LLP

                                        */s/ Gokalp Gurer*
                                    By:_____
                                        CAROLEE G. KILDUFF
                                        GÖKALP Y. GÜRER
                                        Attorneys for Defendant
                                        TOWN OF FORT JONES


Dated:  June 2, 2020                    THOMAS DIMITRE
                                        ATTORNEY AT LAW LLC

                                        */s/ Thomas Dimitre*

                                    By:_____
                                        THOMAS DIMITRE
                                        Attorney for Plaintiff
                                        LINDA ROMAINE


## **ORDER**

Having considered the stipulation of the parties, the Court hereby places the Proposed First Amended Complaint into abeyance pending the conclusion of the VDRP process, and sets a new hearing date for the First Amended Complaint (if necessary) of August 20, 2020.

IT IS SO ORDERED.

Dated:  June 2, 2020

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE