UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA ROMAINE,<br><br>   Plaintiff,<br><br>   v.<br><br>Town of Fort Jones,<br><br>   Defendant. | No.  2:19-cv-01171-MCE-DMC<br><br><br>ORDER |

   Plaintiff's unopposed Motion to Amend the Complaint (ECF No. 23) is GRANTED.  Not later than fifteen (15) days following the date this Order is electronically filed, Plaintiff shall file her First Amended Complaint on the docket.  Failure to timely comply with this Order will result in this action proceeding on the original Complaint.

   IT IS SO ORDERED.

Dated:  August 21, 2020

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

1