CAROLEE G. KILDUFF, S.B. #107232
　Email: ckilduff@akk-law.com
GÖKALP Y. GÜRER, S.B. #311919
　Email: ggurer@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone: (916) 564-6100
Telecopier: (916) 564-6263

Attorneys for Defendant TOWN OF FORT JONES

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA ROMAINE, | Case No.: 2:-19-cv-01171-MCE-DMC |
| Plaintiff, | **STIPULATION FOR DISMISSAL AND ORDER** |
| vs. | |
| TOWN OF FORT JONES, | |
| Defendant. | |
| AND COUNTERCLAIM | |

-1-
STIPULATION FOR DISMISSAL AND ORDER

It is hereby stipulated, by and between Plaintiff LINDA ROMAINE and Defendants TOWN OF FORT JONES and PRENTICE LONG, PC, that this entire action, including all claims and counterclaims, be dismissed with prejudice as to all parties, with all parties to bear their own costs and attorneys' fees.  Please note that Defendant PRENTICE LONG, PC is part of the global settlement despite having yet to appear or retain counsel in this action.

**SO STIPULATED**.

Dated:  December 9, 2020           ANGELO, KILDAY & KILDUFF, LLP

 */s/ Gökalp Y. Gürer*
By:_____
     CAROLEE G. KILDUFF
     GÖKALP Y. GÜRER
     Attorneys for Defendant TOWN OF
     FORT JONES

Dated:  December 9, 2020           THOMAS DIMITIRE, ATTORNEY AT LAW

 */s/ Thomas Dimitre*
*(as authorized on 12.7.20)*
By:_____
     THOMAS DIMITRE
     Attorney for Plaintiff LINDA ROMAINE

## ORDER

Pursuant to the stipulation of the parties, IT IS ORDERED that this entire action, including all claims and counterclaims, be dismissed with prejudice as to Defendants TOWN OF FORT JONES and PRENTICE LONG, PC, and as to Plaintiff LINDA ROMAINE, with all parties to bear their own costs and attorneys' fees.

IT IS SO ORDERED.

Dated:  December 9, 2020

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE